# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Crispin Granados, | No. CV-15-00492-TUC-RCC |
| Petitioner, | **ORDER** |
| v. | |
| State of Arizona, et al., | |
| Respondents. | |

On August 6, 2019, Magistrate Judge Eric J. Markovich issued a Report and Recommendation ("R&R") in which he recommended this Court dismiss Petitioner, Crispin Granados', Amended Petition for a Writ of Habeas Corpus. Doc. 110. In the R&R, Judge Markovich notified the parties that they had fourteen (14) days from the date of the R&R to file any objections. No objections have been filed.

Where neither party objects to the magistrate judge's R&R, this Court is not required to review the magistrate judge's decision under any specified standard of review. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). However, the statute for review of a magistrate judge's recommendation "does not preclude further review by the district judge, *sua sponte*, or at the request of a party, under a *de novo* or any other standard." *Thomas*, 474 U.S. at 154.

The Court has reviewed and considered the Amended Petition for a Writ of Habeas Corpus (Doc. 110), the State of Arizona's Response (Doc. 119), the additional attachments (Doc. 120), and Judge Markovich's R&R (Doc. 133). The Court finds the R&R well-

reasoned and agrees with Judge Markovich's conclusions. **Accordingly, IT IS HEREBY ORDERED that the R&R is ADOPTED. Petitioner's Amended Petition for a Writ of Habeas Corpus (Doc. 110) is DENIED. The Clerk of the Court shall docket accordingly and close the case file in this matter.**

**Dated this 11th day of September, 2019.**

_____
Honorable Raner C. Collins
Senior United States District Judge